**LAW OFFICES OF DAVID WOLFF LLC**
**Attorneys for Trustee**
**396 Route 34**
**Matawan, New Jersey 07747**
**(732) 566-1189**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In the Matter of: | Case No. 18-16341-JKS |
|  | Chapter 7 Proceeding |
| CTC INTERNATIONAL, INC., |  |
|  | Hon. John K. Sherwood |
| Debtor. |  |
|  | Hearing Date: August 7, 2018 @ 10:00 a.m. |

### NOTICE OF MOTION FOR AUTHORIZATION TO SELL BUSINESS LINES, INTELLECTUAL PROPERTY, AND CERTAIN PERSONAL PROPERTY

TO:    ALL PARTIES ON CERTIFICATION OF SERVICE

MADAMES/SIRS:

PLEASE TAKE NOTICE that on Tuesday, August 7, 2018, at 10:00 o'clock in the forenoon or soon thereafter as counsel may be heard, the undersigned attorneys for David Wolff, Chapter 7 Trustee for the above-captioned Debtor, will apply to the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey, for entry of an Order authorizing the Trustee to sell business lines, intellectual property and certain personal property owned by the Debtor and located at 11 York Avenue, West Caldwell, New Jersey, "as is" for the sum of $575,000 to Quantum Design, Inc., or to such other party who may make a higher and better offer, and execute any and all documents necessary to consummate the sale. The sale shall be pursuant to Sections 363 (b) and (f) of the Bankruptcy Code. The sale shall be free and

clear of liens, claims, and encumbrances, with any valid liens, claims, and encumbrances to attach to the proceeds of sale.

PLEASE TAKE FURTHER NOTICE that any party wishing to make a higher and better offer to purchase the subject property may do so by submitting a competing bid of no less than $600,000 in writing to the Clerk of the United States Bankruptcy Court with a copy to Law Offices of David Wolff LLC prior to the return date, and must appear in Court on the above return date with a 10% deposit in certified funds, and produce absolute documentary proof on or before the return date of the financial wherewithal to close the transaction within seven (7) days of the hearing date.

In support of the within Motion, Movant shall rely upon the annexed Application.

No Brief is necessary in support of this Motion.

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee


By: /s/ David Wolff
     DAVID WOLFF

Dated: July 2, 2018